United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ALEJANDRO ARANDA GOMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-258 |
| | § | |
| PAMELA JO BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

In October 2013, an Immigration Judge granted Petitioner Jose Alejandro Aranda Gomez withholding of removal under 8 U.S.C. § 1231(b)(3). (Original Petition, Doc. 1, ¶ 7)  On November 5, 2025, the Department of Homeland Security detained Aranda Gomez to effectuate his removal, possibly to a third country. (*Id.* at ¶ 10)  Aranda Gomez seeks habeas corpus relief, pursuant to 28 U.S.C. § 2241, asking, *inter alia*, that the Court preclude Respondents from removing him to any country without completing specified procedural steps. (*Id.* at ¶ 19)

On November 18, 2025, the Court held a status conference, with counsel for the Petitioner and the Respondents appearing via videoconference.  For the reasons stated on the record, it is:

**ORDERED** that Respondents shall provide written notice to Petitioner Jose Alejandro Aranda Gomez and his counsel of any country to which they intend to remove or deport him;

**ORDERED** that Respondents shall not remove or deport Petitioner Jose Alejandro Aranda Gomez for at least five business days after providing the written notice;

**ORDERED** that Petitioner Jose Alejandro Aranda Gomez shall file a First Amended Petition by no later than December 2, 2025; and

**ORDERED** that the Respondents shall file an answer, motion, or other responsive pleading by no later than January 6, 2026.

Signed on November 18, 2025.

                                               _____
                                               Fernando Rodriguez, Jr.
                                               United States District Judge