Case 1:25-cv-00258   Document 17   Filed 01/14/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS ALEJANDRO ARANDA GOMEZ, § § Petitioner, § § VS. § PAMELA JO BONDI, *et al.,* § § Respondents. § | CIVIL ACTION NO. 1:25-CV-258 |

## NOTICE SETTING HEARING

Petitioner Jesus Alejandro Aranda Gomez is a national of Mexico currently detained by U.S. immigration authorities in Cameron County, Texas. (*See* Emergency Pet., Doc. 1) Aranda has protection from removal to Mexico, but Respondents seek to remove Aranda to a third country.

On December 24, 2025, Aranda filed his Second Amended Emergency Petition for Writ of Habeas Corpus (Doc. 13) and an accompanying Emergency Motion for Immediate Release or, in the alternative, Temporary Restraining Order (Doc. 14). Through these filings, Aranda challenges the basis of his detention and Respondents' third-country removal procedures.

On January 6, 2026, Respondents moved to dismiss Aranda's claims for lack of subject matter jurisdiction and for failure to state a claim. (Motion to Dismiss, Doc. 15)

To facilitate the Court's consideration of the issues raised by the parties' filings, the Court notifies the parties that a hearing is scheduled for February 4, 2026, at 1:30 p.m. At the hearing, the Court will consider the issues raised by the Second Amended Emergency Petition for Writ of Habeas Corpus (Doc. 13), the Emergency Motion for Immediate Release or, in the alternative, Motion for Temporary Restraining Order (Doc. 14), and the Motion to Dismiss (Doc. 15). The Court will conduct the hearing by videoconference.

Signed on January 14, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge