United States District Court
Southern District of Texas

**ENTERED**

August 04, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS ALEJANDRO ARANDA GOMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-258 |
| | § | |
| TODD BLANCHE, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Petitioner Jesus Alejandro Aranda Gomez and Respondents have jointly stipulated to voluntarily dismiss all claims asserted in this action without prejudice. (Joint Stipulation, Doc. 33)  The Joint Stipulation dismisses all causes of action against Respondents without prejudice and without court order.

All other pending motions are **DENIED AS MOOT**.

Except as agreed upon, each party shall bear its own costs and fees.

The Clerk of Court is directed to close this matter.

Signed on August 4, 2026.

Fernando Rodriguez, Jr.
United States District Judge